```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

TROY EDWARD BUTTRAM,                :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :
                                    :     CIVIL ACTION 12-0560-M
CAROLYN W. COLVIN,                  :
Commission of Social Security,      :
                                    :
    Defendant.                      :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Troy Edward Buttram.

DONE this 18th day of July, 2013.


                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE